ALLEN *v.* WARDEN OF MARYLAND PENITENTIARY

[App. No. 146, September Term, 1963.]

*Decided April 17, 1964.*

Before the entire Court.

636

PER CURIAM.

This application for leave to appeal from a denial of post conviction relief was not filed within thirty days from the passage of the order appealed from, as required by Maryland Rule BK46 a, and must therefore be denied.

*Application denied.*